. [No. 8693.]

## STARBIRD V. COREY, ADMINISTRATOR.

*Error to Denver District Court.*  HON. JOHN T. SHUMATE, Judge.

Mr. GEORGE B. CAMPBELL, for plaintiff in error.

Mr. FRANK L. GRANT, for defendant in error.

*Per Curiam:*  (Department No. 3.)

Application for supersedeas denied, and judgment affirmed.

---

[No. 8740.]

## HARLEM V. BODAMER.

*Error to Denver District Court.*  HON. CHARLES C. BUTLER, Judge.

*Application for Supersedeas.*

Mr. FRANK McLAUGHLIN, for plaintiff in error.

Mr. EMORY S. IRWIN, for defendant in error.

*Per Curiam:*

The application for supersedeas is denied, and the judgment is affirmed.

---

[No. 8791.]

## McGRAW ET AL. V. HOFFMAN.

*Error to Prowers County Court.*  HON. C. B. THOMAN, Judge.

Mr. J. C. HORN, for plaintiffs in error.

Messrs. GORDON & GORDON, for defendant in error.

*Per Curiam:*  (Department No. 3.)

Application for supersedeas denied and judgment affirmed.